# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JON JONES

NO. 2024 KW 0419

**AUGUST 12, 2024**

---

In Re:  Jon Jones, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 772910.

---

**BEFORE:  WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.** Relator failed to provide this court with sufficient information to make a meaningful inquiry with the district court. If relator elects to file a new application raising this claim, he must include a file-dated copy of the motion filed in the district court and a copy of the district court's ruling.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT